**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 22-CV-22112**

| | | |
|---|---|---|
| FABIO GALARCE, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : | JURY TRIAL DEMANDED |
| PARISON, INC. | : : | |
| Defendant. | : | |

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on June 24, 2022, a Voluntary Petition (the "Petition") for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") was filed by Parison Inc., in the United States Bankruptcy Court for the Eastern District of Pennsylvania, case number 22-11657 (MDC). A true and correct copy of the Notice of Bankruptcy is attached hereto as "Exhibit A."

Please take further notice that pursuant to Section 362 of the Bankruptcy Code, the commencement or continuation of a judicial, administrative, or other action or proceeding is stayed upon filing of the Petition.

**CIARDI CIARDI & ASTIN**

Dated: July 21, 2022        By:    /s/ *Albert A. Ciardi, III*
                                    Albert A. Ciardi, III, Esquire
                                    Daniel S. Siedman, Esquire
                                    1905 Spruce Street
                                    Philadelphia, PA 19103
                                    (215) 557-3550
                                    (215) 557-3551 fax
                                    aciardi@ciardilaw.com
                                    dsiedman@ciardilaw.com

# Exhibit "A"

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/24/2022 at 1:36 PM and filed on 06/24/2022.

**Parison, Inc.**
237 Fair Oaks Avenue
Horsham, PA 19044
Tax ID / EIN: 83-3958042



The case was filed by the debtor's attorney:

**ALBERT A. CIARDI, III**
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
215-557-3550

The case was assigned case number 22-11657-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Timothy B McGrath**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 22-CV-22112**

| | | |
|---|---|---|
| **FABIO GALARCE, individually and on behalf of all others similarly situated,** | : | |
| | : | |
| **Plaintiff,** | : | **CLASS ACTION** |
| | : | |
| **vs.** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **PARISON, INC.** | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Albert A. Ciardi, III, Esquire, do hereby certify that I caused to be served a copy of the *Suggestion of Bankruptcy of Parison Inc.* on the 25th day of July 2022, via electronic case filing and United States first class mail, postage prepaid, on the parties as listed below:

| SHAMIS & GENTILE P.A. | EDELSBERG LAW, P.A. |
|---|---|
| Andrew J. Shamis, Esq. - Florida Bar No. 101754 | Scott Edelsberg - Florida Bar No. 0100537 |
| Garrett O. Berg, Esq. - Florida Bar No. 1000427 | Christopher Gold - Florida Bar No. 088733 |
| 14 NE 1st Ave., Suite 705 | 20900 NE 30th Ave., Suite 417 |
| Miami, Florida 33132 | Aventura, FL 33180 |
| ashamis@shamisgentile.com | scott@edelsberglaw.com |
| gberg@shamisgentile.com | chris@edelsberglaw.com |

By:  */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire